AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing


FILED IN OPEN COURT
ON 11-19-14 BG
Julie A. Richards, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>Juarez Ta-Dowel Morgan<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 5:07-cr-39-F<br>(material witness) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Alton Lennon Federal Building<br>2 Princess Street<br>Wilmington, NC | Courtroom No.: 3 |
|---|---|
| | Date and Time: 11/26/14 @ 10 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 19, 2014

*Judge's signature*

ROBERT B. JONES, JR., USMJ
*Printed name and title*